# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| SAMANTHA PRICE, NATALIE FISHER, NATALIE CUSTY, and MARK GONZALES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BP PRODUCTS NORTH AMERICA INC., a Maryland Corporation, <br><br> Defendant. | Case No.: 12-cv-6799 <br><br> Hon. Robert W. Gettleman |

## ORDER REGARDING ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS

This matter came before the Court on Plaintiffs' Motion for Final Approval of Class Action Settlement Agreement and Entry of Final Order and Judgment. The Court has read and considered Plaintiffs' motion and memorandum of law in support and now finds that Plaintiffs' unopposed request for $2,000,000 in attorneys' fees and expenses and $6,000 in total Class Representative Incentive Awards is fair, adequate, and reasonable and therefore, Plaintiffs' motion should be GRANTED.

2

      IT IS THEREFORE ORDERED that Plaintiffs' unopposed motion for $2,000,000 in attorneys' fees and expenses and $6,000 in total Class Representative Incentive Awards is GRANTED and pursuant to Section VIII. of the Settlement Agreement, Class Counsel shall provide wiring instructions to BP and BP shall wire the funds to Class Counsel within 10 days of after the Effective Date as defined in the Settlement Agreement.

      IT IS SO ORDERED.

SIGNED this 26th day of November, 2013.
.

                                            */s/ Robert W. Gettleman*
                                            _____
                                            Honorable Robert W. Gettleman