# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(800) 644-4673
(312) 419-0379 (FAX)
Email: info@edcombs.com
www.edcombs.com

August 12, 2021

via ECF

Hon. Thomas G. Bruton
Clerk of the District Court
219 S. Dearborn Street
Chicago, IL 60604

                Re:   Letter of August 12, 2021 re Price v. BP, 12cv6799

Dear Mr. Bruton:

      Our client Natalie Fisher wishes to waive Judge Gettleman's conflict. The matter, involving the sale of contaminated gasoline at BP stations, was disposed of by a classwide settlement negotiated at arms' length. The judgment was one approving the settlement. The settlement terms were unexceptional. The amounts at issue in the case (under $10 million) were less than 1/10 of 1% of the net worth of BP at the time (in excess of $100 billion, according to BP's March 12, 2015 prospectus supplement) and could not be reasonably thought to have impacted the stock price. Furthermore, the settlement was implemented by 2016, involved the provision of relief to numerous persons, and cannot be feasibly undone at this late date.

                                    Sincerely,

                                    */s/ Daniel A. Edelman*
                                    Daniel A. Edelman